Exhibit "A"

Department # 5996
P.O. Box 1259
Oaks, PA 19456



**ARS National Services, Inc.**
P.O. Box 463023
Escondido, CA 92046-3023
(800) 665-3128)  FAX: (866) 422-0765
**www.PayARS.com**

November 2, 2013

ıı॰ıllıl॰lı॰॰॰॰ıllıııı॰lılılı॰ılı॰llıllıı॰l॰lllıl    7259 - 1065

W J MCCUSKER
401 E 8TH ST
STE 214-668
SIOUX FALLS SD 57103-7011

**ACCOUNT IDENTIFICATION**
Re: Citibank, N.A./CITI MASTERCARD
Account: ************5394
ARS Acct No: 27905337
Balance: $28208.87

Dear Sir/Madam

Please be advised that the above-referenced account has been placed with ARS for collection. To discuss payment, contact this office at (800) 665-3128), Monday through Friday, 8:30 a.m. - 8:30 p.m (Eastern Time).

Whenever $600.00 or more in principle of a debt is forgiven as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

Please be advised that your account balance stated above is subject to change, including possible increases according to the terms of your original credit agreement.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please make all payments payable to:

**CITIBANK**
**PO BOX 469100**
**ESCONDIDO, CA 92046-9100**

Sincerely,

ANDY COFFEY X4003
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT
A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

(SEE REVERSE SIDE FOR IMPORTANT INFORMATION)

---
Detach And Return With Payment

CB100 - 27905337
Account:   ************5394

Amount Enclosed: $_____

Enclosing this coupon with your payment will expedite credit to your account.

**NOTICE OF ELECTRONIC CHECK PROCESSING:**
We reserve the right to process checks electronically by transmitting the routing, account, and check number to the bank. By submitting a check, you authorize us to initiate an electronic debit from your account. A returned check may be collected electronically if it is returned for insufficient funds.

Print address/phone changes below
or call (800) 665-3128).

_____
HOME:(___)_____
WORK:(___)_____

Make your check or money order payable to:

**CITIBANK**
**PO BOX 469100**
**ESCONDIDO, CA 92046-9100**
Illıııılıllllıııılıllıllılııılllllıllıııl

PAF-583-A-0

7259 - 1065